UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| METROPOLITAN LIFE INSURANCE CO., | ) ) ) | |
|---|---|---|
| *Plaintiff,* | ) ) | |
| v. | ) ) | No. 1:07-cv-006 *Edgar / Lee* |
| TRACEY L. GREENE and MEGHAN E. GREENE, a minor, | ) ) ) | |
| *Defendants.* | ) | |

## ORDER

The Court referred this case to United States Magistrate Judge Susan K. Lee. [Doc. No. 8]. On July 23, 2007, Magistrate Judge Lee submitted her report and recommendation.[Doc. No. 12]. The parties have not timely filed any objections.

After reviewing the record, the Court hereby **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1). The Court approves and will enter the agreed judgment submitted by the parties. Once the agreed judgment has been entered, the Clerk of Court is directed to close the record in this case.

SO ORDERED.

ENTER this the 10th day of August, 2007.

                                       */s/ R. Allan Edgar*
                                  R. ALLAN EDGAR
                       UNITED STATES DISTRICT JUDGE